# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VANITY.COM, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VANITY SHOP OF GRAND FORKS, INC., a North Dakota corporation,<br><br>Defendant. | CV 12-01446-PHX-JAT (Lead)<br>CV 12-02120-PHX-JAT (Cons.)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The parties having stipulated (Doc. 63) to a complete dismissal of both consolidated cases, with prejudice, and good cause appearing,

IT IS HEREBY ORDERED dismissing these actions, with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 13th day of September, 2013.

_____
James A. Teilborg
Senior United States District Judge